Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:     619-807-2628
Fax:    866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiffs
LILIA MADAMBA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIA MADAMBA  <br><br>               Plaintiff(s),  <br><br>       v.  <br><br>CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORPORATION; U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR THE LVS TITLE TRUST I; and DOES 1 through 100, inclusive,  <br><br>               Defendant(s). | Case No.:   3:14-cv-02172-EMC  <br><br>**JUDGE:**   Hon. Edward M. Chen  <br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER STAYING PROCEEDINGS**  <br><br>Date: July 3, 2014  <br>Time: 1:30 p.m.  <br>Courtroom: 5 |

///
///
///
///
///
///
///

*Madamba v. CitiMortgage, Inc*, et al.            [Proposed] Order Granting Stipulated Request                           1

1  The Court, having reviewed the parties' Stipulated Request for Order Staying Proceedings for 60

2  days and accompanying Declaration of Good Cause,

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.    Defendant to renotice the
                                                    motion to dismiss.

8  Dated: June __3__, 2014

**IT IS SO ORDERED AS MODIFIED**

Judge Edward M. Chen

_____
Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA