Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California 92101
Tel:   619-807-2628
Fax:   866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorney for Plaintiff
LILIA MADAMBA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA MADAMBA,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORPORATION; U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR THE LVS TITLE TRUST I; and DOES 1 through 100, inclusive,<br><br>Defendant(s). | Case No.: :14-cv-02172-EMC<br>ORDER DENYING<br>**NOTICE OF PLAINTIFF'S SUBSTITUTION OF ATTORNEY**;<br>ORDER CONTINUING 9/11/2014 MOTION TO DISMISS HEARING; AND BRIEFING SCHEDULE |

**TO THE COURT AND TO ALL PARTIES:**

   PLEASE TAKE NOTICE that Plaintiff LILIA MADAMBA ("Plaintiff") makes the following substitution:

   1. **Former Legal Representative**: Charles T. Marshall, Esq.

   2. **New Legal Representative**: Party Representing Self

      a. <u>Name:</u> Lilia Madamba

      b. <u>Address:</u> 32 Alisal St., Pacifica, CA 94044

    c.  Telephone No.: (650) 393-3819

3. The Party making this substitution is the Plaintiff in this lawsuit.

I CONSENT TO THIS SUBSTITUTION:

Dated: July 1, 2014

By: _____
Plaintiff Pro Se
LILIA MADAMBA

I CONSENT TO THIS SUBSTITUTION:

Dated: July 1, 2014

By: _____
Former Attorney
Charles T. Marshall, Esq.

Substitution of attorney is DENIED. Under Local Rules 5-1(c)(2) and 11-5, counsel Charles T. Marshall is directed to file a formal motion to withdraw as counsel by 8/21/2014. Opposition due by 8/28/2014; no reply shall be filed. Hearing on motion to withdraw as counsel shall be heard on 9/4/2014 at 1:30 p.m.

Hearing on motion to dismiss scheduled for 9/11/2014 is CONTINUED to 10/9/2014 at 1:30 p.m. Opposition to motion to dismiss shall be filed by 9/18/2014; reply due by 9/25/2014.

IT IS SO ORDERED.

Dated: August 11, 2014

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA