UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA MADAMBA,<br><br>       Plaintiff,<br><br>    v.<br><br>CITIMORTGAGE, INC., *et al.*,<br><br>       Defendants.<br>_____/ | No. C-14-2172 EMC<br><br>**ORDER DENYING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**(Docket No. 28)** |

       Having reviewed the parties' stipulated request to continue the case management conference, the Court **DENIES** the parties' request to continue the case management conference.  Mr. Marshall remains attorney of record in this matter until he is relieved by order of the Court.  *See* Civ. L.R. 11-5; *see also* Cal. Rules of Professional Conduct, rule 3-700(A).  Mr. Marshall is directed either to meet and confer with Defendants or to coordinate a meet and confer involving Ms. Madamba.  Likewise, he must either handle or coordinate preparation of the case management statement on behalf of Ms. Madamba.  While Mr. Marshall remains attorney of record, Defendants shall use him as the point of contact for Ms. Madamba.

       This order disposes of Docket No. 28.

       IT IS SO ORDERED.

Dated: August 27, 2014

                                              _____
                                              EDWARD M. CHEN
                                              United States District Judge