UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA MADAMBA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIMORTGAGE, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-14-2172 EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**<br><br>**(Docket No. 40)** |

        Plaintiff Lilia Madamba originally brought this case in San Mateo Superior Court. She alleged various causes of action relating to purported wrongful foreclosure. Ms. Madamba brought this action against Defendants CitiMortgage, Inc., Mortgage Electronic Registration Systems, Inc. ("MERS"), Quality Loan Service Corporation, U.S. Bank National Association, and Does 1 to 100 ("Defendants"). Defendants removed to this Court. Although previously represented by counsel, Ms. Madamba is now proceeding as a pro se litigant. Pending before the Court is Ms. Madamba's motion to dismiss without prejudice.

        Under Rule 41, a plaintiff may voluntarily dismiss an action without prejudice by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). A plaintiff may voluntarily dismiss without a court order under Rule 41 even where the defendant has a pending motion to dismiss. *See Concha v. London,* 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

1  In this case, no Defendant has answered Ms. Madamba's Complaint. Docket No. 1 at 8. Defendants CitiMortgage, Inc. and MERS have moved to dismiss, *see* Docket No. 9, but none of the Defendants has moved for summary judgment. Moreover, Ms. Madamba's motion for voluntary dismissal is unopposed. *See* Docket No. 41. Permitting voluntary dismissal without prejudice is appropriate. *See* Fed. R. Civ. P. 41(a); (b).

For the foregoing reasons, Ms. Madamba's motion to dismiss without prejudice is **GRANTED.** The Clerk shall close the case file.

This order disposes of Docket No. 40.

IT IS SO ORDERED.

Dated:  October 7, 2014

_____
EDWARD M. CHEN
United States District Judge

2